IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLEN FEINGOLD** | : | **CIVIL ACTION** |
| v. | : | |
| **LIBERTY MUTUAL GROUP, et al.** | : | NO. 13-743 |

## O R D E R

AND NOW, this      day of April, 2013, based on the reasons set forth in the foregoing memorandum, IT IS HEREBY ORDERED that:

1. Plaintiff's claims against Barbara Quinn are DISMISSED without prejudice to his ability to pursue those claims in <u>Feingold v. Quinn</u>, Civ. A. No. 12-3503 (E.D. Pa.).

2. Feingold's claims against the remaining defendants, Liberty Mutual Group, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Guard Auto Company, are DISMISSED with prejudice.

3. No further amendments to the amended complaint will be permitted.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Harvee Bartle
_____ J.